# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYMAIL, LTD., | Case No. 8:17-cv-01461-JVS (JDEx) |
|       Plaintiff, | **ORDER DISMISSAL WITH PREJUDICE** |
|    v. | |
| TCL COMMUNICATION INC.; TCT MOBILE (US) INC. AND TCT MOBILE, INC. | |
|       Defendants. | |

CAME ON THIS DATE for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff MyMail, Ltd. and defendants TCT Mobile (US) Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECRRED that all claims asserted in this suit between plaintiff MyMail, Ltd. and defendant TCT Mobile (US) Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated January 31, 2018.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED: February 26, 2018

James V. Selna
United States District Judge